PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

*In forma pauperis injury*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Gabriel PornStar Salas #0565059
Plaintiff's Name and ID Number

Tarrant County Jail
Place of Confinement

4-22CV-663-Y

CASE NO. _____
(Clerk will assign the number)

v.

Ashley Deemer  401 W. Belknap Fort Worth TX 76196
Defendant's Name and Address

Bill Wayburn Sheriff  100 N. Lamar Fort Worth TX, 76196
Defendant's Name and Address

Judge Wayne Salvant C/o Perez 100 N. Lamar Fort Worth TX 76196
Defendant's Name and Address
( DO NOT USE "ET AL.")

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ☒ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: N/A
      2. Parties to previous lawsuit:
         Plaintiff(s) N/A , Officer Trejo VS. Saleseio
         Defendant(s) N/A
      3. Court: (If federal, name the district; if state, name the county.) N/A
      4. Cause number: N/A
      5. Name of judge to whom case was assigned: N/A
      6. Disposition: (Was the case dismissed, appealed, still pending?) Pending
      7. Approximate date of disposition: 2020/10/31

2

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓ YES  ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Gabriel Poinstar Salas / owner of Residence
416 East Fogg Street
Fort Worth TX 76110

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Ashley Deemer Attorney Tarrant County Jail
401 West Belknap Fort Worth TX 76196
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of 8th amendment by committing a scheme to have plaintiff assaulted

Defendant #2: Bill Waybourn Sheriff Tarrant County Jail 100 North Lamar
Fort Worth TX 76196
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of 13th amendment involuntary servitude against plaintiff denying him payment from purchase of the Jail/Court System

Defendant #3: C/O Perez male Tarrant County Jail 100 North Lamar
Fort Worth TX 76196
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
brutally assaulted me on 7/3/2022 Violation of 8th amendment

Defendant #4: Sharen Wilson District Attorney
401 West Belknap Fort Worth TX 76196
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Tampering with plaintiff's Record as well as tampering with his Release Violation of 8th amendment cruel unusual punishment

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 6/28/2022 I was released from jail from County courts dismissing my charges, on 7/1/2022 I was arrested without a warrant, attorney Ashley Deemer was paid $500,000.00 to represent me in court due to the Judge Salvant issuing an order for my arrest for a crime I'm not guilty of. Ashley Deemer spoke to the C/O Perez male hispanic in order to have me violently assaulted in which he hit me with an assault rifle gun causing my left hip cut & place and sprayed my witness causing me permanent blindness in my right eye. I paid Sheriff Bill Waybourn 46 million dollars to purchase this jail I have receipt his imprisoning me even though I'm immune from arrest/criminal prosecution/corleegraphied

VI. RELIEF: the directors orders to assault me due to me being owner of all jail/courts

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Monetary relief of 99 million dollars from Sheriff Waybourn file suit/monetary relief for permanent injury of 5 million dollars, Sheriff Bill Waybourn to reimburse me 46 million for the false imprisonment me being in mere file waiver of sovereign immunity/file under imminent danger of phy. injury Ashley Deemer

VII. GENERAL BACKGROUND INFORMATION: to pay me back 500,000.00 for having me injured

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Gabriel Porra Stee Salas

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

None

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): None
2. Case number: None
3. Approximate date sanctions were imposed: None
4. Have the sanctions been lifted or otherwise satisfied? ____YES ✓NO

4

Statement of Claim: Continued
also District Attorney Sharen Wilson is tampering with plaintiffs release and criminal record refusing to let him be released inputing more false allegations/charges against plaintiff, and is committing double jeopardy, plaintiff is due an action of civil suit to commence due to being filed under imminent danger of physical injury on 7/3/2022 officer Perez caused plaintiff imminent danger and permanent physical injury by blinding him from pepper spray, assaulting him with an assault rifle ~~End of Complaint~~

Ashley Deemer attorney was hired and paid $500,000$ for release of plaintiff she has orchestrated a grandoise scheme in order to have plaintiff imprisonned robbed of his money and causes him imminent danger by physically injuring him beyond repair leaving a repay plaintiff

End of Complaint

C. Has any court ever warned or notified you that sanctions could be imposed?   ___ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning was issued: N/A

Executed on: 7/27/22
DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 27th day of July, 20 22.
         (Day)              (month)         (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr. G146223

*Press hard when writing*

**Name** Gabriel Salas   **CID No.** 0565059

**Housing Assignment** 73B4   **Date** 7/25/22

Is this an "American with Disabilities Act (ADA) Complaint?"   Yes ☐   No ☐

State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.

I was (release) on June 28, 2022 all my charges were dismissed and re-arrested of July 1st 2022 for conspiracy. I hired Ablec Deener Attorney for $5,000 by the next (even Notoiged) new my bill for conspiracy new been unlawful been without her tampered with my (case) Without (her own) Clients (cases to me (in) my favor plus (b) I cannot pay her bill where my case be restart again, in her notion, are donater (w) for bail please.

Help

---

**GRIEVANCE OFFICE USE ONLY**************DO NOT WRITE BELOW THIS LINE

**Grievance Officer** Cpl. Fisher   **Date** 7/26/22   **Code** 13/51

**Referred to** ___   **Date** ___   **Time** ___

**Response by** Sgt J. Smith #66694   **Date** 7/26/22   **Time** 0810 hrs

**GRIEVANCE SUMMARY RESPONSE** Inmate Salas, Gabriel #0565059 was put under immed days ago from Officer were brought he up to the military court/rest on 7/3/22 by Deller Carly Mr Salas permanent blank from charges say Salas is a government cleydoctor over this and the grants to file and recover monetary relief recently while he back to the Tarrant County Jail for 46 min He a 11/30/21 from Sheriff Waybourn cannot released on 6/3/20 on injury arrest. This made on 7/1/22 false allegations Tanny of his kin-in-law release by District Attorney of record Sharen Wilson.

White Copy To File   Canary Copy To Inmate (Grievance Response)   Pink Copy For Inmate Retention

S-101  GPC-1699  REV. 06-06

Gabriel KarnStørJalas # 0560509
100 North Lamar
Fort Worth, Texas
76196

← Legal Mail →

RECEIVED
AUG - 2 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court Clerk
501 West 10th Street, Room 310
Fort Worth, Texas
76102