IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **GABRIEL PORNSTAR SALAS,** Institutional ID No. 0565059 | § § § | |
| Plaintiff, | § § | |
| VS. | § | Civil Action No. 4:22-cv-663-O |
| ASHLEY DEEMER, *et al.*, | § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Gabriel Salas's civil-rights complaint is DISMISSED WITHOUT PREJUDICE. *See* FED. R. CIV. P. 58.

**SO ORDERED** this **27th day** of **October, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1